**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **AMANDA SCHATZ,**<br>**individually and on behalf of all others**<br>**similarly situated.** | ) ) ) ) ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case. No. 5:20-cv-05066-TLB** |
| | ) | |
| **QUAPAW HOUSE, INC.;**<br>**CASEY BRIGHT.** | ) ) ) | |
| | ) ) | |
| **Defendants.** | ) | |

<u>**MOTION FOR CLASS CERTIFICATION**</u>

      Plaintiff Amanda Schatz comes before this Court and for her Motion for Class Certification states:

1. In accordance with Fed. R. Civ. P. 23, Plaintiff requests this Court certify a Class of all Putative Plaintiffs who were employees of Quapaw House, Inc. and/or Casey Bright since January 1, 2020 who suffered nonpayment of wages and improper deductions from select wages actually paid.

2. Incorporated with this Motion is a Brief in Support which sets forth the legal and factual basis for this request.

3. Plaintiff incorporates that Brief herein by reference as well as Exhibits A, B, & C, which are attached hereto.

      WHEREFORE, Plaintiff Amanda Schatz prays this Court certify the proposed Rule 23 Class Action and for all other relief to which she is entitled.

                            Respectfully Submitted on behalf of herself and of all other similarly situated,

                            Amanda Schatz

BY:  /s/George M. Rozzell IV
    George M. Rozzell IV
    AR Bar No. 2008032
    Kristin Pawlik
    AR BAR No. 2015150
    Miller, Butler, Schneider, Pawlik, & Rozzell PLLC
    112 W. Center St.
    Fayetteville, AR 72701
    479.621.0006
    grozzell@arkattorneys.com
    kpawlik@arkattorneys.com

## CERTIFICATE OF SERVICE

I, George Rozzell, hereby certify that on this 17th day of June 2020, I caused the foregoing filing to be delivered to the Arkansas Attorney General by electronic mail and U.S. Mail to:

    Attorney General Leslie Rutledge
    oag@arkansasag.gov
    323 Center Street, Suite 200
    Little Rock, AR 72201

            /s/ George M. Rozzell IV
            George M. Rozzell IV