EXHIBIT A

# QUAPAW HOUSE
*Recovery & Wellness*
## CENTER
"CHANGING LIVES"

P.O. BOX 3450, HOT SPRINGS, AR 71914 | PHONE: 501-767-4456 | FAX: 501-767-4617

__Amanda Schatz__,

We are deeply saddened to inform you that your position is being eliminated due to reduction in force. Your furlough ends on today's date, 04/20/2020.

Please return any Quapaw House, Inc. property to Human Resources no later than __5/20/20__.

Please make sure to also send your remaining timesheets to payroll at payroll@quapawhouseinc.org to ensure payment.

Unemployment benefits may be available to you through the Arkansas Department of Workforce Services. For more information, please contact the Department by phone (1-844-908-2178) or email (ADSW.Info@arkansas.gov). You can also visit their website at dws.arkansas.gov.

Please be aware that you may have continuing obligations pursuant to a non-solicitation and non-disclosure agreement you signed upon your employment. For any questions regarding these agreements or any other matters, please contact Amber Accardo at 501-623-3700.

Thank you for your service to Quapaw House, Inc. We wish you the best of luck in your future endeavors.

Sincerely,

*A. Accardo*

cc: Human Resources

COMPREHENSIVE BEHAVIORAL HEALTH SERVICES
LICENSED BY: ARKANSAS DIVISION OF BEHAVIORAL HEALTH SERVICES | NATIONALLY ACCREDITED BY: CARF