**Exhibit C**

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | |
|---|---|
| AMANDA SCHATZ,<br>individually and on behalf of all others<br>similarly situated.<br><br>            Plaintiffs,<br>v.<br><br>QUAPAW HOUSE, INC.;<br>CASEY BRIGHT.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case. No. 5:20-cv-05066-TLB<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE**

**TO:** Current or former employees of Quapaw House, Inc. ("QHI") and Casey Bright, QHI CEO, at any point since January 1, 2020.

**RE:** Lawsuit asserting violations of Arkansas wage laws against QHI and Casey Bright

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT**

1. Do Nothing: No action is required of you to remain in the class action asserting violations of Arkansas law. If a judgment or settlement is reached in favor of the class on such claims, you may receive compensation.

2. Exclude Yourself: If you wish to be excluded from the class, you must send a request to be excluded from the class to the Class Counsel listed below, whose contact information is included in this notice. If you exclude yourself from the class, you will not be bound by any judgment or settlement in this case, meaning you will not receive compensation if the class recovers.

**INTRODUCTION**

The purpose of this notice is: (1) to inform you of the existence of a class action lawsuit filed against QHI and Casey Bright; (2) to advise you of how your rights may be affected by this lawsuit; and (3) to instruct you on the procedure for participating in this lawsuit. You have been sent this notice because employment records indicate that you are an eligible class member. This notice was authorized by the United States District Court for the Western District of Arkansas at Plaintiff's request. The Court has ruled that the Agents of QHI and Bright are entitled to the benefits of Arkansas law, but this Notice is not an expression by the Court of any opinion concerning the merits of this lawsuit. That is, Plaintiff claims that QHI and Bright has each violated Arkansas law, and Default Judgment has been entered against them for failure to answer. Notwithstanding the Default, the Court has not yet decided the issue of damages suffered by any

employee nor does the receipt of this Notice does not indicate that you have a valid claim or are entitled to recovery or that you will recover.

## DESCRIPTION OF LAWSUIT

Plaintiff Amanda Schatz is an employee of QHI and Bright who brought this lawsuit individually and on behalf of all others similarly situated to her. Plaintiff contends that QHI and Bright failed to remit wages for her work from February 25, 2020 until she was terminated effective April 20, 2020. She also claims that QHI and Bright improperly deducted wages from her pay for benefits that were not in turn delivered by QHI or Bright.

Plaintiffs have sued QHI and Bright to recover wages due on behalf of the entire class. Plaintiff also seeks liquidated damages. Plaintiffs are also seeking attorneys' fees, and costs. If Plaintiffs succeed, you may receive compensation at the resolution of this lawsuit.

## HOW TO EXCLUDE YOURSELF FROM THIS LAWSUIT

Plaintiffs have made claims asserting violations under certain state laws of Arkansas, asserting that QHI's and Bright's' conduct violates such laws. To remain a class member and continue to assert claims under Arkansas state law, no action is required of you. However, if you wish to remove yourself from the class, you can do so by mailing a request to opt out to Plaintiff's counsel below stating that you wish to be excluded. Please make sure that any request to be excluded is signed and that the case name and number is included. The request must be received by no later than XXXXXXXXXX. You do not need to provide any reason for your decision to exclude yourself. Information regarding the specific opt-out requirements is available from Class Counsel, George M. Rozzell or Kristin Pawlik, Telephone: (479) 621-0006, Facsimile (479) 631-6890.

## NO RETALIATION PERMITTED

If you are a current employee of QHI or Bright, you will not be retaliated against for participating in this lawsuit. Under federal law, it is unlawful for QHI or Bright to terminate you or retaliate against you for participating in this lawsuit. Neither QHI nor Bright will take any retaliatory measures against any current employees who participate in this lawsuit.

## COUNSEL

If you choose to join this suit, you will be agreeing to representation by Class Counsel, identified below. Class Counsel have taken this case on a contingency fee. They may be entitled to receive attorney's fees and costs from QHI and Bright should there be a recovery or judgment in favor of the Plaintiffs. If there is a recovery, Class Counsel will apply to receive 35% of any settlement obtained or money judgment entered in favor of Plaintiffs or their fees will be paid separately by QHI or Bright. If there is no recovery or judgment in Plaintiffs' favor, Class Counsel will not seek any attorney's fees or costs from anyone.

**THIS NOT AN ADVERTISEMENT. THIS IS BEING SENT TO YOU BY ORDER OF THE FEDERAL DISTRICT COURT IN FAYETTEVILLE, ARKANSAS.**

Class Counsel are:

> George M. Rozzell
> Kristin Pawlik
> Miller | Butler | Schneider
> Pawlik | Rozzell
> 112 W. Center St. Ste 555, Fayetteville, AR 72701
> 224 S. 2nd Street, Rogers, AR 72756
> Telephone: (479) 621-0006
> Facsimile: (479) 631-6890
> Email: grozzell@arkattorneys.com
> kpawlik@arkattorneys.com

QHI and Casey Bright are unrepresented.

You may also choose to hire a different lawyer to represent you at your own expense. Further information about this suit may be obtained by contacting counsel.

**THIS NOT AN ADVERTISEMENT. THIS IS BEING SENT TO YOU BY ORDER OF THE FEDERAL DISTRICT COURT IN FAYETTEVILLE, ARKANSAS.**