IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| AMANDA SCHATZ, )<br>individually and on behalf of all others )<br>similarly situated. )<br> )<br> )<br>     Plaintiffs, )<br>v. )<br> )<br>QUAPAW HOUSE, INC.; )<br>CASEY BRIGHT. )<br> )<br> )<br>     Defendants. ) | Case. No. 5:20-cv-05066 |

**DEFAULT JUDGMENT**

  COMES NOW before the Court for consideration the above-captioned matter, and the Court, being well and sufficiently advised in this matter and having admitted and considered evidence during its default hearing on November 29, 2021, finds that (a) Defendants are in default and have appeared not despite proper service by warning order; and (b) the Class of Plaintiffs – with designated Class Representative Amanda Schatz which was certified by the Court on July 15, 2021 (ECF No. 44), and thereafter properly noticed – is entitled to entry of Judgment in favor of Plaintiff Class and against Defendants with each Class Plaintiff entitled to a Judgment in his or her individual favor as set forth in the accompanying Exhibit 1, attached hereto and incorporated by reference.

  **IT IS THEREFORE ORDERED AND ADJUDGED** that **DEFAULT JUDGMENT** be, and it hereby is, entered in favor of Amanda Schatz and the Plaintiff Class, as individually

identified and reflected on the accompanying Exhibit 1, and against Defendants Quapaw House, Inc., and Casey Bright, jointly and severally, for the individual Judgment amounts set forth in Exhibit 1, with post-judgment interest to accrue at a rate of .45% per annum.

    **IT IS SO ORDERED** on this 13th day of January 2022.

                                                  _/s/ Christy Comstock_
                                                Christy Comstock
                                                United States Magistrate Judge